## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF MISSISSIPPI

| ANGELA NEAL | * | CIVIL ACTION NO. 08-cv-545 |
| --- | --- | --- |
| | * | |
| VERSUS | * | JUDGE DANIEL P. JORDAN |
| | * | |
| STATE FARM FIRE & | * | MAG. JUDGE SUMNER |
| CASUALTY COMPANY | * | |

### RESPONSE TO RULE TO SHOW CAUSE

**NOW INTO COURT,** through undersigned counsel, comes Plaintiff, Angela Neal, who respectfully submits the following Response to Show Cause Hearing set *sua sponte* by this Honorable Court:

### FACTS

Like many tens of thousands Mississippi residents, Plaintiff Angela Neal's home sustained damage during Hurricane Katrina. She filed a claim with her homeowner's insurer, Defendant State Farm Fire & Casualty Company, but believed that she was entitled to additional damages due to under-adjustment and/or underpayment by her insurer for her wind related damages to her home.

Ms. Neal initially supplied basic information in support of her claim, including but not limited to a declaration page and the adjusters' report created by her insurer's adjuster. However, Ms. Neal, like many similarly situated residents, was forced to move several times and did not provide updated contact information to undersigned counsel. Once Ms. Neal was contacted, the amount of her additional claim was discussed as well as the documentary evidence she had to that claim.

Ms. Neal expressed that through her numerous moves, she had not retained a significant amount of documentary evidence to support her additional claim. Undersigned counsel, through his relationship with an associate counsel, was invited to participate in a resolution with

Defendant, which resolution was suggested as fair and equitable in light of the documentary evidence in the possession of Plaintiff.  Plaintiff consented to the resolution negotiated by counsel and the parties are currently awaiting (1) confirmation that there is no duel litigation and (2) the identity of any lien holders which may be entitled to all or part of the compromise proceeds.

     Thus, the parties have agreed to a resolution of this cause, and are awaiting funding by Defendant once the above-discussed issues have been resolved.  It is contemplated that these remaining issues should be resolved within forty-five days, after which Plaintiff will submit a Motion to Dismiss with Prejudice in this matter.

                      **RESPECTFULLY SUBMITTED,**

                      **/s/ Kelly Lee Stribling**
                      **Kelly Lee Stribling, MS 102159**
                      **Stribling Law Firm, L.L.C.**
                      **153 Main Street**
                      **Bay St. Louis, MS   39520**
                      **(228) 270-0040**
                      **(228) 463-2644 (facsimile)**